IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JERMAINE JOHNSON,

        Plaintiff,

v.                                                                      Civil Action No. 3:22cv675

BRIAN HUGHES,

        Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on October 25, 2022, the Court conditionally docketed Plaintiff's action. (ECF No. 2.) On November 1, 2022, the United States Postal Service returned the October 25, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Undeliverable/No Longer Here." (ECF No. 4.)

Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b).

Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

                                                        /s/

Date: 11/21/2022  
Richmond, Virginia

M. Hannah Lauck  
United States District Judge